SEYFARTH SHAW
Kurt A. Kappes (SBN: 146384)
400 Capitol Mall
Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE B. BRADY,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. CIV S-04 222 WBS PAN<br><br>**STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**(F.R.C.P. Rule 41(a)(1))** |

The parties to this action have reached a resolution of the dispute and hereby stipulate that the action under this case number should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own attorneys fees and costs, and with no party determined to be a prevailing party for any purpose.

DATED: June 16, 2005

SEYFARTH SHAW

By____________________________
Kurt A. Kappes
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

*[Signatures continued next page . . . ]*

1 | DATED: June 16, 2005						DEVRIES LAW FIRM

3 | 								By_____
4 | 									Douglas K. deVries
								Attorneys for Plaintiff

6 |      IT IS SO ORDERED.

7 | Dated:  June 15, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SC1 17062678.1